IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-mj-01031-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DARNEAU PEPPER,

    Defendant.

---

**ORDER**

---

    THIS MATTER coming before the Court upon motion of the government to dismiss the Criminal Complaint and vacate the Arrest Warrant in the above-entitled case, and the Court having considered the same,

    IT IS HEREBY ORDERED that the Criminal Complaint in the above-captioned case is dismissed and the Arrest Warrant is vacated.

DATED at Denver, Colorado, this 24th day of January, 2012.

                                               BY THE COURT:

                                               *s/Craig B. Shaffer*
                                               Craig B. Shaffer
                                               United States Magistrate Judge